JS-6

United States District Court
Central District of California

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

Orlando Garcia,

Plaintiff,

v.

Guadalupe Alcocer et al.,

Defendants.

Case No. 2:20-cv-08419-VAP-(JEMx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Findings of Fact and Conclusions of Law entered concurrently with this Judgment, IT IS ORDERED AND ADJUDGED that the action, *Orlando Garcia v. Guadalupe Alcocer et al.*, 2:20-cv-08419-VAP-JEMx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 12/1/21

Virginia A. Phillips
United States District Judge